

## May 8, 2013

| CAAP–12–00 00005 | State v. Gustafson | Affirmed |

## May 9, 2013

| CAAP–10–00 00214 | State v. Hsu | Affirmed |

## May 10, 2013

| 30554 | Huelo Hui, LP v. Kiili | Affirmed |
| 30277 | Kim-Alaniz ex rel. Kim v. Executive Center AOAO | Affirmed |
| CAAP–12–00 00451 | State v. Peset | Affirmed |

## May 14, 2013

| CAAP–12–00 00159 | State v. Aluli | Affirmed in part, Vacated and Remanded |

## May 15, 2013

| CAAP–12–00 00395 | State v. Bailey | Affirmed |

## May 16, 2013

| CAAP–12–00 00433 | Bank of New York Mellon v. Velez | Affirmed |
| CAAP–12–00 00511 | Federal Nat. Mortg. Ass'n v. Corpuz | Affirmed |
| CAAP–12–00 00720 | Griffin ex rel. Griffin v. Davenport | Affirmed |
| CAAP–11–00 00638 | State v. Mezurashi | Dismissed |
| CAAP–12–00 00013 | State v. Washington | Affirmed |

## May 17, 2013

| 30085 | Flowers v. United Services Auto. Ass'n | Affirmed |
| 30383 | Memminger v. Summit at Kaneohe Bay Ass'n | Affirmed |
| CAAP–12–00 00125 | State v. Hongel | Affirmed |
| CAAP–11–00 00709 | State v. Vaughan | Affirmed |